**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                          Government,        :        26 MJ 1365 (RMB)
                                             :
              - against -                    :        **ORDER**
                                             :
                                             :
USA v. DIABY,                                :
                                             :
                          Defendant.         :
------------------------------------------------------------x


      The bail review hearing scheduled for April 28, 2026 at 9:00 A.M. will take place in

Courtroom 17B.


Dated: April 24, 2026
      New York, NY


_____
     **RICHARD M. BERMAN**
          **U.S.D.J.**