**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                 -against-

CHEIK DIABY,

                           Defendant.

26 Mag. 1365 (RMB)

**ORDER**

      For the reasons stated on the record, the stay of Magistrate Judge Katharine H. Parker's

bail order (ECF No. 8) is hereby lifted. Defendant is released.

Date:  April 28, 2026
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**
**Part I**

1